

March 11, 2020

Christina Howe
326 Summit St.
Kenton, Ohio 43326

Dear Ms. Howe:

This letter serves as a Last Chance Agreement between you, Local 1385, and Wilson Sporting Goods Co. This agreement is being done on a one-time, non-precedent setting basis.

On February 4, 2020, you reported an absence for the day. This absence was only partially covered via FMLA and assessed you ½ occurrence against your attendance bringing you to 7 occurrences. You reported FMLA again on February 11, 2020 and this was not approved for the full day assessing you another ½ occurrence totaling 7.5 occurrences. Per the Absence Procedures and Guidelines, this would result in termination of employment. This is an unacceptable attendance record. You are responsible to know where you are at on occurrences and use them accordingly.

Based on this information, in lieu of termination, this letter notifies you that you are being placed on a Last Chance Agreement. As a condition of this Last Chance Agreement, you must have **no occurrences, no overtime issues, and no disciplinary issues and cannot use make-up time through February 28, 2021. ANY violation of the issues above will result in termination of your employment. In addition to this, any extended time off (example – leave of absence) will be added on to the end of the timeframe as stated above.** Should a situation arise, you must personally speak with your supervisor, or Human Resources and it will be reviewed on a case-by-case basis. The time off from February 19, 2020 through March 11, 2020 is considered an unpaid suspension.

Your attendance and attitude are important to your success and the success of Wilson Sporting Goods Co. It is expected that you will abide by this Last Chance Agreement and failure to do so will result in your termination of employment with Wilson Sporting Goods Co. Should this agreement be violated, it is agreed by the Union that is it not subject to arbitration.

Acknowledgement of receipt and understanding.

_Christina Howe_                 3-13-20
Employee Signature               Date

_Denise Williams_                3-13-2020
For the Union                    Date

_Amy Conway_                     03/13/2020
For the Company                  Date

**WILSON SPORTING GOODS CO.**
217 NORTH LIBERTY ST, ADA, OH 45810 / 419 634 9901 / WILSON.COM / AN AMER SPORTS BRAND