

Docket No.: C2020-010484

**State of Ohio**
**Unemployment Compensation Review Commission**
P.O. Box 182299
Columbus, Ohio 43218-2299



## DECISION ON REQUEST FOR REVIEW
## AFFIRMING HEARING OFFICER

**In re claim of:**                                      **Claimant Representative:**

Christina M. Howe - Appellant
*SSN: XXX-XX-2436

*If the complete SSN is needed to identify the claimant, please call UCRC Staff at 1-866-833-8272. Due to privacy laws, the Commission can confirm, but not provide the full SSN.

**Employer:**                                           **Employer Representative:**

Wilson Sporting Goods Co.
UCO No.: 0628267003

Director:
Ohio Department of Job and family Services

Date Request for Review Filed:        August 16, 2020

Date This Decision Mailed:             September 30, 2020

After review of the entire record in the above noted case, the Unemployment Compensation Review Commission has voted to dispose of the allowed Request for Review as follows:

The Commission concludes that the Hearing Officer's decision should be affirmed.

**Unemployment Compensation Review Commission**

Gregory Gantt, Chairman
Ed Good, Vice-Chairman
J David Goodman, Member

### APPEAL RIGHTS

An appeal from this decision may be filed to the Court of Common Pleas of the county where the appellant, if an employee, is resident or was last employed, or of the county where the appellant, if an employer, is resident or has the principal place of business in this state, within thirty (30) days from the date of mailing of this decision, as set forth in Section 4141.282, Revised Code of Ohio. The appellant must name all interested parties as appellees in the notice of appeal, including the Director of the Department of Job and Family Services.

If your appeal is filed more than thirty (30) days from the date of mailing, then you may ask the Court of Common Pleas to determine the timeliness of your appeal. The court may find the appeal to be timely if you did not receive this decision within thirty (30) days after it was mailed to you. For more information refer to the booklet "Workers' Guide to Unemployment Compensation (JFS-55213), available from Ohio Department of Job and Family Services or visit the agency's website at https://unemployment.ohio.gov.

This is the final decision of the Review Commission, and will remain final if not appealed within the time limit described above.

This decision was sent to the following:

Christina M. Howe - Interested Party
326 SUMMIT ST
KENTON, OH 43326-1530
Via Email


Wilson Sporting Goods Co. - Interested Party
217 LIBERTY ST
ADA, OH 45810-1135


Attn: Wilson Sporting Goods Co.
UC EXPRESS - Interested Party
PO Box 182366
Columbus, OH 43218-2366


Director - Interested Party
Ohio Department of Job Family Services
30 E. Broad Street, 32nd Floor
Columbus, Ohio 43215