IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA HOWE | : | |
| | : | CASE NO. 3:21-cv-01530-jgc |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE JAMES G. CARR |
| | : | |
| WILSON SPORTING GOODS CO., | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

Please take notice that Danielle C. Young of the law firm Lewis Brisbois Bisgaard & Smith, LLP, located at 1375 East Ninth Street, Suite 2250, Cleveland, OH 44114, hereby enters her appearance as counsel of record, along with David A. Campbell, for Defendant Wilson Sporting Goods Co.. Please include the undersigned on all future correspondence, orders, pleadings, and other communications pertaining to this case.

Respectfully Submitted,

*/s/Danielle C. Young*
Danielle C. Young (100894)
Lewis Brisbois Bisgaard & Smith, LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Phone: 216.298.1273
Fax: 216.344.9421
Danielle.Young@lewisbrisbois.com

*One of the Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19 January 2022, the foregoing *Notice of Appearance* was filed through the Court's CM/ECF electronic filing system. A copy of this filing will be sent to all parties through the court's ECF system and if the party is not registered through the court's ECF system, in accordance with the Federal Rules of Civil Procedure Rule 5.

                                            */s/Danielle C. Young*
                                            Danielle C. Young (100894)

                                            *One of the Attorneys for Defendants*